## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CHIARELLO,<br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, ET AL.,<br>Defendants. | CIVIL ACTION<br>No. 2:17-cv-00513-AB |

### ORDER

**AND NOW**, this 1st day of October, 2018, it is **ORDERED** that Defendants' Joint Motion for Summary Judgment (ECF No. 63) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's claims alleging violations of 15 § U.S.C. 1681i; and

2. Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's claims alleging violations of 15 § U.S.C. 1681e.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

1